SADIE PRICE, Executrix, etc., Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

LANDMARK CORPORATION, Respondent, v. MAX GROBER, Impleaded with ANNIE ROSEN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

HYMAN GREEN and Another, Appellants, v. DAVID HEIDEN, Sued as " ABRAHAM " HEIDEN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

N. LONDON, INC., Appellant, v. THE NASSAU SMELTING AND REFINING WORKS, LTD., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent stated in order. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

FRANK WILLETTS, Respondent, v. JOHN SCOTT BROWNING and Others, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

DELILAH HAYWARD CHESTER, Respondent, v. JOHN C. EPPING, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present —.Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

CONCETTA GAZZOLA, Respondent, v. ALEXANDER GAZZOLA, Appellant.— Appeal dismissed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GUSSIE HEITNER, Appellant, v. KATE SMITH (SCHMIDT), Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

AGNES S. PORTER, Respondent, v. CHARLES A. PORTER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

AGNES S. PORTER, Respondent, v. CHARLES A. PORTER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

M. V. McQUIGG, Respondent, v. JAMES F. ALLEN, Appellant.— Order modified by striking out the provisions which permit an examination as to the defenses and as counterclaim, and as so modified affirmed, with ten dollars costs and disbursements to appellant; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

LOUIS LENTSCHNER, Respondent, v. JACOB HYMAN and Another, as Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

SAMUEL LETRAUNIK v. KITTY LETRAUNIK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.